## CLERK'S MINUTES OF ARRAIGNMENT

Date: **03/28/06**          Judge: **LYNCH**          Clerk: **JoAnn Standridge**

USA vs. **ROBERTO CACHO**                              Crim. No. **06-550 RB**

Deft. present with counsel: **ANTHONY WHITE**        ( X ) Apptd   ( ) Retd

U.S. represented by, **ALFRED PEREZ**, AUSA
Interpreter Used: ( ) Yes  ( X ) No        Name of Interpreter: **N/A**

Deft. not present ( )                  Marshal called for Deft. in hallway: ( ) Yes  ( ) No
Bench warrant issued ( )

Court asked the Defendant:

( ) Name:                       SSN:
( ) DOB:                        Tele. No.
( ) Residence Address:
( ) Extent of education/schooling:

( ) Whether he/she is currently or has been recently under care of a physician/psychiatrist; if has been hospitalized/treated for narcotic addiction
(**Yes**) Whether he/she has received a copy of Indictment/Information
(**Yes**) Whether he/she has had time to consult with his/her attorney
(**No** ) Whether he/she wants Indictment/Information read in open court
(**Yes**) Whether he/she will waive the reading of Indictment/Information
(**Yes**) Whether he/she is ready to plead

( ? ) Defendant entered plea of not guilty to all counts
( ? ) Matter referred to USDC
( ? ) Counsel ordered to file any motions by: **04/17/06**
( ? ) Case assigned to:
                       **JUDGE BRACK**
( ? ) Trial set on trailing docket commencing: **TO BE NOTIFIED**

( ) Defendant requested psychiatric examination. Instructed to file motion in USDC

( ) Bond set / continued at:            ( ? ) Deft to remain in custody

( ) Previous bond motion denied; advised to file bond appeal in USDC

( ) Defendant advised to file bond motion; hearing to be set upon filing said motion

( ) Penalty for failure appear explained

( ? ) Discovery Order entered

( ) Unseal Case

( ) First Appearance of Defendant                Tape No: **FTR/LCS**