UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

v.

ROBERT CACHO.



JUN 5 - 2006

06CR550RB   CLERK

### ORDER CONTINUING TRIAL

THIS MATTER having come before the Court on defendant Cacho's Motion To Continue Trial and the Court being advised in the premises finds the Motion well-taken and should be and hereby is granted;

IT IS ORDERED that the trial set in this matter is continued until the __17__ day of __July__, 2006. It is further ordered that pursuant to 18 USC 3161(h)(8)(A) the interests of justice in granting this motion outweigh the interests of the parties and the public in a speedy trial.

_____
Hon. Robert C. Brack,
United States District Judge

Submitted by:
Anthony W. White
Attorney for defendant Robert Cacho